1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GARY W. SCHONS
   Senior Assistant Attorney General
4  KEVIN VIENNA
   Supervising Deputy Attorney General
5  ROBIN DERMAN, State Bar No. 228485
   Deputy Attorney General
6   110 West A Street, Suite 1100
    San Diego, CA 92101
7   P.O. Box 85266
    San Diego, CA 92186-5266
8   Telephone: (619) 645-2230
    Fax: (619) 645-2271
9   Email: Robin.Derman@doj.ca.gov

10 Attorneys for Respondent

11

12                  IN THE UNITED STATES DISTRICT COURT

13                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

14

15 | ISMAEL S. HERNANDEZ,              | 08CV0010 WQH (POR)
16 |                         Petitioner, | **APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER**
17 |              v.                    |
18 | A. HEDGEPETH, WARDEN,              | Judge: The Honorable LOUISA S. PORTER
19 |                        Respondent. |

20

21       COMES NOW Respondent, by and through counsel, Edmund G. Brown Jr., Attorney

22 General of the State of California, and Robin Derman, Deputy Attorney General, and files this

23 Request for Enlargement of Time. In its order filed on February 27, 2008, this Court ordered

24 Respondent to file an Answer by April 21, 2008. For the reasons set forth in the accompanying

25 Declaration of Robin Derman, Respondent respectfully requests a 45-day enlargement of time for

26 the Answer, making it due June 5, 2008.

27 ///

28

1 | Dated: April 18, 2008

2 | Respectfully submitted,

3 | EDMUND G. BROWN JR.
Attorney General of the State of California

4 | DANE R. GILLETTE
Chief Assistant Attorney General

5 | GARY W. SCHONS
Senior Assistant Attorney General

6 |

7 | STEVE OETTING
Supervising Deputy Attorney General

8 |

9 |

10 | /S/ ROBIN DERMAN
ROBIN DERMAN
Deputy Attorney General
Attorneys for Respondent

11 |

12 |

13 | 70121292.wpd
14 | SD2008800531

15 |

(lines 15–28 blank)

# DECLARATION OF ROBIN DERMAN

I, Robin Derman, declare as follows:

I am the Deputy Attorney General and the attorney of record on behalf of Respondent in this case. On February 27, 2008, this Court ordered Respondent to file an Answer by April 21, 2008.

I was assigned this case on March 3, 2008. Shortly thereafter, I obtained the records necessary to answer the Petition. While I have obtained the records and have begun researching the applicable law, I have not been able to complete an Answer due to my caseload and will require the enlargement of time in order to do so.

This is my first request for an extension of time on the matter.

In the past 45 days I have completed the following matters, all with due dates earlier than this case:

Oral Argument in *In re Jesse P.*, E043447;

Respondent's Brief in *People v. Lemons*, D050763;

Objections to a Report and Recommendation in *Jackson v. Runnels*, SACV 06-00125-PSG (RNB);

Answer in *George v. Almager*, 07CV2215-J (LSP);

Oral Argument in *People v. O'Keefe*, G038269/G038702.

I am currently working on the following matters, all with due dates in the next 30 days:

Respondent's Brief in *People v. Bakhtiari*, G038923, due March 27 (1839 page record);

Respondent's Brief in *People v. Gater*, D050723, due April 7 (1594 page record);

Motion to Dismiss/Answer in *Morgan v. Clark*, ED CV 08-00185-DOC (VBK), due May 14;

Oral Argument in *In re Isael V.*, G037830, April 22.

Granting an enlargement of time to file an Answer will permit Respondent's pleadings to be reviewed and processed, so that Respondent's interests may be adequately represented.

I hereby declare under penalty of perjury that the foregoing statements are true and correct.

Enlargement of Time                                                                                   Case No. 08CV0010 WQH (POR)

3

1  Executed this 18TH day of April, 2008, at San Diego, California.

2

3                                    /a/ ROBIN DERMAN
                                     ROBIN DERMAN
4                                    Declarant

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *Hernandez v. Hedgpeth*

No.:   **08cv0010 WQH (POR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>April 18, 2008</u>, I served the attached *APPLICATION FOR ENLARGEMENT OF TIME* by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

Ismael S. Hernandez
V-92592
North Kern State Prison
P.O. Box 5104
FD-D2-230
Delano, CA 93216

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 18, 2008, at San Diego, California.

|  Terri Garza  |  *[signature]*  |
|---|---|
|  Declarant  |  Signature  |

70121306.wpd