UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

NOTICE OF DOCUMENT DISCREPANCIES

**FILED**
2008 MAY 15 AM 10:58
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: RM DEPUTY

TO: ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE
FROM: R. Mullin, Deputy Clerk        RECEIVED DATE: 5/12/2008
CASE NO.: 08cv0010 WQH (POR)   DOCUMENT FILED BY: Petitioner
CASE TITLE: Hernandez v. Unknown
DOCUMENT ENTITLED: Petitioner Requests that this Honorable Court take Judicial Notice...

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | **OTHER: No original signature.** |

Date forwarded: 5/13/2008

**ORDER OF THE JUDGE / MAGISTRATE JUDGE**

IT IS HEREBY ORDERED:

☒ The document is to be filed nunc pro tunc to date received.

☐ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Porter

Dated: 5/14/08
By: _____
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Document Discrepancy / Court Order]