ISMAEL S.HERNANDEZ V92592
D2-230-L-P.O.BOX 5104
DELANO,CA 93216-5104

NUNC PRO TUNC

MAY 12 2008

FILED

2008 MAY 15, AM 10: 58

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL S.HERNANDEZ ) <br>        PETITIONER, ) <br> ) <br> V. ) <br> ) <br> A.HEDGEPETH,(WARDEN,et al.,) ) <br> ) <br> ) <br>        RESPONDENTS. ) <br> ) | CASE NO. 08-CV-0010-WQH(POR) <br><br> PETITIONER REQUESTS THAT THIS HONORABLE COURT TAKE JUDICIAL NOTICE INSUPPORT OF HIS MOTION TO HAVE ANY DOCUMENT FILED IN THIS COURT BY THE RESPONDENT AS OF FEBRUARY 26,2008 DISREGARDED,AND APPROPREIATE RELIEF GRANTED TO PETITIONER FOR THE RESPONDENTS'FAILURE TO RESPOND IN ACCORDANCE WITH THIS COURTS ORDER DATED FEBRUARY 26, 2008. |

TO The Honorable Louisa S.Porter United States Magistrate Judge for the United States District Court for the Southern District of California:

On February 26,2008 this honorable court issued an order reqiring a response to petitioner's petition by the respondent; the respondent was directed by the court to file a motion to dismiss puruant to Rule 4 of the Rules Governing §2254 Cases no later than April 7,2008.Or that the respondent file an answer pursuant to Rule 5 of the Rules Governing §2254 Cases no later than April 21,2008.

Petitioner is prceeding pro se and to this date has not received either of the above filings .Respondent has failed to respond as ordered by this court petitioner has not been given any notice of a motion to dismiss,or an answer being filed with the court.

On April 23,2008 petitioner received a document by the justice department for the respondent,the document was titled "Order Granting Enlargement of time to file Answer"along with that was a proof of service by mail dated April 18,2008 it should be noted  that the order attached is void of any signature by the court

1.

Petitioner never received any motion or any notice that the respondent was requesting an enlargement of time inwhich to file an answer.

This honorable court in its February 26,2008 order stated on page 3 line 7 that a request for an extension of time will only be granted upon a showing of good cause, petitioner was not informed .

Thecourt further stated on page3 line 9 that every document delivered to the Court must include a certificate of service attesting that a copy of such document was served on the opposing party,any document delivered to the Court without a certificate of service will be returned to the submittimg party and will be disregarded by the Court.

Respondent could not of complied with these directives by theCourt because petitioner was nevered served with any request for an extension of time,nor with any motion or answer.

Any document filed with the Court prior to April 21,2008 should be disregarded by the Court,and deem the respondent had failed to respond as ordered in the Courts' order of February 26,2008,and that any and all relief deemed just be granted to petitioner.

Petitioner requests that this honorable Court take judicial notie of the attached KERN VALLEY STATE PRISON-INCOMING/OUTGOING LEGAL MAIL RECORD, ON APRIL 23,2008 after receiving the document by the resondent titled order granting enlargement of time to file answer,petitioner sent the prison mail room a request for a copy of his incoming and outgoing legal mail printout from 02/01/2008 - thru 04/23/2008(see attached printout,and inmate request attached as exhibits "B",and "C").

Petitioner requests that the Court take judicial notice of petitioner's exhibit "A" titled order granting enlargement of time to file answer sent to petitioner by respondent along with the proof of service by mail,and petitioners' inmate request dated 04/23/2008.

2.

3.

In conclusion petitioner requests that the Court grant whatever relief that the Court deems to be just.

Respectfully Submitted,

DATED:_____

ISMAEL S.HERNANDEZ PETITIONER
PROCEEDING IN PRO-PER.

# EXHIBIT "A"

4

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11

ISMAEL S. HERNANDEZ,                          08CCV0010 WQH (POR)

Petitioner,                **ORDER GRANTING
                                              ENLARGEMENT OF TIME
v.                                            TO FILE ANSWER**

A. HEDGEPETH, WARDEN,

Respondent.

17

        Good cause having been shown, this Court grants a 45-day enlargement of
time in which to file an Answer.  The Answer will therefore be due on or before June
5, 2008.

20

21

22

Dated: _____        _____
                                        LOUISA S. PORTER
                                        United States Magistrate Judge

24

25

26

27

28

ORDER                                          Case No. 08CV0010 WQH (POR)

1

5

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    *Hernandez v. Hedgpeth*

No.:    **08cv0010 WQH (POR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>April 18, 2008</u>, I served the attached ***ORDER GRANTING ENLARGEMENT OF TIME TO FILE ANSWER*** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA  92186-5266, addressed as follows:

Ismael S. Hernandez
V-92592
North Kern State Prison
P.O. Box 5102
Delano, CA  93216

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 18, 2008, at San Diego, California.

| | |
|---|---|
| Terri Garza | _Yaue Hraya_ |
| Declarant | Signature |

70121340.wpd

6

# EXHIBIT "B"

☐ Black   ☐ White   ☐ Southerner   ☐ Northern   ☐ Other

STATE OF CALIFORNIA
GA-22 (9/92)

## INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

| DATE 4·23·08 | TO KVSP MAILROOM SUPERVISOR | FROM (LAST NAME) TO: HERNANDEZ | CDC NUMBER V·92592 |
|---|---|---|---|

| HOUSING A2·230 | BED NUMBER | WORK ASSIGNMENT N/A | JOB NUMBER FROM     TO |
|---|---|---|---|

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | | ASSIGNMENT HOURS FROM     TO |
|---|---|---|

### Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

PLEASE PROVIDE ME WITH A PRINT OUT OF MY INCOMING, AND OUT GOING LEGAL MAIL LOG FROM 02·01·08 —THRU— 04·23·08, THANK YOU VERY MUCH FOR YOUR TIME AND ASSISTANCE.

Do NOT write below this line. If more space is required, write on back.

| INTERVIEWED BY TD | DATE 4-28-08 |
|---|---|

DISPOSITION
See attached

8

# EXHIBIT "C"

9

## Kern Valley State Prison - Incoming/Outgoing Legal Mail Record
V-92592     Hernandez                                                                    4/28/2008

### Outgoing Legal mail

| date | CDC# | inmate name | recipient |
|------|------|-------------|-----------|
|      |      |             |           |

### Incoming Legal Mail

| date | CDC# | inmate name | sender |
|------|------|-------------|--------|
| 3/5/2008 | V-92592 | Hernandez | USDC, Southern Dist; San Diego, CA  92101 |
| 4/23/2008 | V-92592 | Hernandez | Ofc of Aty Gen; San Diego, CA  92101 |

| |
|---|
| 11-21-05 ~ 02-14-06, only mail designated as "Legal" by CCR Title 15, section 3165 (Courts, Board of Control) is logged. |
| 10-01-06 ~ 03-01-07: Mail delivered within KVSP (institutional mail) was not logged. |
| beginning 11-01-07: Foreign consulates are no longer logged |
| Res = item undelivered by staff & resent by mailroom |

10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ISMAEL HERNANDEZ
_____
Plaintiff or Petitioner

v.

A. HEDGEPETH (WARDEN)
_____
Defendant or Respondent

Case Number: 08-CV-0010-WQH (POR)

PROOF OF SERVICE

_____/

I hereby certify that on **MAY 5,** **2008**, I served a copy of the

attached **MOTION FOR JUDICIAL NOTICE / MOTION TO HAVE DOCUMENTS FILED BY RESPONDENT DISREGARDED**.

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by

depositing said envelope in the United States Mail at **KERN VALLEY STATE PRISON**.
DELANO, CALIFORNIA

List Name and Address of Each
(Defendant or Attorney Served)

OFFICE OF THE ATTORNEY GENERAL
110 WEST A ST SUITE 1100
PO BOX 85266
SAN DIEGO CA 92186-5266

CLERK OF THE UNITED
STATES DISTRICT COURT
SOUTHERN DISTRICT
OF CALIFORNIA
880 FRONT ST SUITE 4290
SAN DIEGO, CA
                92101-8900

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Name of Person Completing Service)

WITNESSED BY
I/m LARRY DOMINGUEZ