# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL S. HERNANDEZ,<br><br>    Petitioner,<br><br>v.<br><br>A. HEDGEPETH, Warden, et al.,<br><br>    Respondents. | Civil No.   08cv0010-WQH (POR)<br><br>**ORDER DENYING MOTION TO STRIKE RESPONSE AND GRANT MOTION [Dkt. No. 9]** |

On May 12, 2008, the Court received Petitioner's motion requesting that his Petition for a Writ of Habeas Corpus be granted for lack of a response. Plaintiff's motion refers to an April 21, 2008 deadline for Respondent to file an Answer to the Petition. On April 18, 2008, Respondent filed a motion requesting an enlargement of time to file an Answer, which Petitioner acknowledges having received. By minute order dated April, 22, 2008, the Honorable William Q. Hayes granted Respondent's motion. Judge Hayes ordered Respondent to file an answer on or before **June 5, 2008**. Petitioner may file a Traverse to the Answer on or before **July 5, 2008**.

The Court's own records indicate that a copy of Judge Hayes' minute order was sent to Petitioner via mail to P.O. Box 5104, Delano, CA 93216. Petitioner's motion has attached a copy of his "Incoming/Outgoing Legal Mail Record", provided to him by his facility on April 28, 2008. Petitioner's motion was apparently sent before he received the Court's minute order.

///

///

1       Based on the extension of time granted to Respondent by the Honorable William Q. Hayes, Petitioner's motion to have the Court strike any filings by Respondent made after April 21, 2008 and grant his Petition for lack of a response, is hereby DENIED.

      IT IS SO ORDERED.

DATED: May 22, 2008

*[signature]*
LOUISA S PORTER
United States Magistrate Judge