EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
NIKI SHAFFER
Deputy Attorney General
ROBIN DERMAN, State Bar No. 228485
Deputy Attorney General
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 645-2230
 Fax: (619) 645-2271
 Email: Robin.Derman@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL S. HERNANDEZ,<br><br>                              Petitioner,<br><br>    v.<br><br>A. HEDGEPETH, WARDEN,<br><br>                              Respondent. | 08CV0010 WQH (POR)<br><br>**ANSWER TO FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS** |

COMES NOW Respondent, by and through his counsel, Edmund G. Brown Jr., Attorney General of the State of California, and Robin Derman, Deputy Attorney General, and files this Answer to the First Amended Petition for Writ of Habeas Corpus (hereinafter the "Petition"):

I.

Petitioner Ismael S. Hernandez ("Petitioner") is in the lawful custody of the Warden of the Kern Valley State Prison, Delano, California.

///

///

II.

The Petition is timely under 28 U.S.C. § 2254(d).

III.

The Petition is not a successive petition.

IV.

The highly deferential standard of federal habeas corpus review established by the Antiterrorism and Effective Death Penalty Act of 1996 (AEDPA), 28 U.S.C. § 2254(d), applies to Petitioner's claims.

V.

Petitioner's first ground for relief — that the trial court declined to dismiss a juror without conducting an adequate inquiry as to whether good cause supported dismissal — fails to present a federal claim. Moreover, even assuming the presence of a proper federal issue, the California Court of Appeal properly rejected the claim in a decision that involved neither an unreasonable application of clearly established federal law as set forth by the United States Supreme Court, nor an unreasonable determination of the facts in light of the evidence presented.

VI.

Petitioner's second ground for relief — that the trial court erred by failing to instruct the jury to consider his extrajudicial admissions with caution — fails to present a federal claim. Moreover, even assuming the presence of a proper federal issue, the California Court of Appeal properly rejected the claim and found the error to be harmless in a decision that involved neither an unreasonable application of clearly established federal law as set forth by the United States Supreme Court, nor an unreasonable determination of the facts in light of the evidence presented.

VII.

Petitioner's third ground for relief — that the trial court lowered the prosecution's burden of proving the offense beyond a reasonable doubt by instructing the jury that a witness willfully false in a material aspect of his or her testimony is to be distrusted in others unless a probability of truth favors the remaining testimony — fails to present a federal claim. Moreover, even assuming the presence of a proper federal issue, the California Court of Appeal properly

1 | rejected the claim in a decision that involved neither an unreasonable application of clearly
2 | established federal law as set forth by the United States Supreme Court, nor an unreasonable
3 | determination of the facts in light of the evidence presented.

### VIII.

The relevant facts and procedural history set forth in the accompanying Memorandum of Points and Authorities are incorporated by reference herein. Except as expressly admitted, Respondent denies each and every allegation of the Petition and specifically denies that Petitioner's confinement is in any way improper, that any condition of Petitioner's confinement is illegal, or that any of his rights has been or is being violated in any way.

WHEREFORE, for the reasons set forth more fully in the accompanying Memorandum of Points and Authorities, the Petition must be denied and the proceedings dismissed.

Dated: June 4, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

NIKI SHAFFER
Deputy Attorney General


/S/ ROBIN DERMAN
ROBIN DERMAN
Deputy Attorney General
Attorneys for Respondent

70125699.wpd
SD2008800531

Case No. 08CV0010 WQH (POR)

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *Hernandez v. Hedgpeth*

No.:   **08CV0010 WQH (POR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On June 4, 2008, I served the attached *ANSWER TO FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS* by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

Ismael S. Hernandez
V-92592
North Kern State Prison
P.O. Box 5104
Delano, CA 93216

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 4, 2008, at San Diego, California.

|   |   |
|---|---|
| Terri Garza | *[signature]* |
| Declarant | Signature |

70125788.wpd