```
 1  EDMUND G. BROWN JR.
    Attorney General of the State of California
 2  DANE R. GILLETTE
    Chief Assistant Attorney General
 3  GARY W. SCHONS
    Senior Assistant Attorney General
 4  NIKI SHAFFER
    Deputy Attorney General
 5  ROBIN DERMAN, State Bar No. 228485
    Deputy Attorney General
 6   110 West A Street, Suite 1100
     San Diego, CA 92101
 7   P.O. Box 85266
     San Diego, CA 92186-5266
 8   Telephone: (619) 645-2230
     Fax: (619) 645-2271
 9   Email: Robin.Derman@doj.ca.gov

10  Attorneys for Respondent

11

12              IN THE UNITED STATES DISTRICT COURT

13              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

14
```

| | |
|---|---|
| ISMAEL S. HERNANDEZ, | 08CV0010 WQH (POR) |
| Petitioner, | NOTICE OF LODGMENT in 28 U.S.C. § 2254 Habeas Corpus Case - To Be Sent to Clerk's Office |
| v. | |
| A. HEDGEPETH, WARDEN, | |
| Respondent. | |

Respondent submits the following records for lodgment with this Court.

1. Clerk's Transcript (One Volume), *People v. Hernandez*, case number D047097;

2. Reporter's Transcripts (Eight Volumes), *People v. Hernandez*, case number D047097;

3. Petitioner's Opening Brief, *People v. Hernandez*, case number D047097;

4. Respondent's Brief, *People v. Hernandez*, case number D047097;

5. Petitioner's Reply Brief, *People v. Hernandez*, case number D047097;

6. California Court of Appeal's Opinion, *People v. Hernandez*, case number D047097;

7. Petitioner's Petition for Review, *People v. Hernandez*, case number S149091; and

8. California Supreme Court's Order Denying Petition for Review, *People v. Hernandez*, case number S149091.

Dated: June 4, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

NIKI SHAFFER
Deputy Attorney General


/S/ ROBIN DERMAN
ROBIN DERMAN
Deputy Attorney General
Attorneys for Respondent

70125760.wpd
SD2008800531

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *Hernandez v. Hedgpeth*

No.:   **08CV0010 WQH (POR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On June 4, 2008, I served the attached **NOTICE OF LODGMENT** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

Ismael S. Hernandez
V-92592
North Kern State Prison
P.O. Box 5104
Delano, CA 93216

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 4, 2008, at San Diego, California.

|  Terri Garza  |  *[signature]*  |
|---|---|
|  Declarant  |  Signature  |

70125788.wpd