1  ISMAEL S. HERNANDEZ #V92592
2  KVSP D2-230-UP P.O. BOX 5104
3  DELANO, CALIFORNIA 93216-5104
4  (IN PRO-PER)

FILED
JUL 18 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL S. HERNANDEZ, <br> PETITIONER, <br> V. <br> A. HEDGEPETM, (WARDEN) <br> RESPONDENT. | CASE NO. 08-CV-0010-WQH(POR) <br><br> PETITIONER'S TRAVERSE TO ANSWER <br><br> NUNC PRO TUNC <br> JUL 14 2008 |

I.

CUSTODY

Petitioner agrees that he is in custody as stated in paragraph I of the answer. Petitioner claims that he is not "lawfully" in custody because of the violations of his rights under the U.S. Constitution that are alleged in the "Grounds" section of his Petition for Writ of Habeas Corpus. Except as expressly admitted herein, Petitioner denies each and every allegation of the Answer and re-affirms that his confinement is in violation of the Constitution.

## II
## STANDARD OF REVIEW

As to all Grounds set forth in the Petition, the state court failed to identify and apply the applicable standard as held by the United States Supreme Court, nor did the court apply an equivalent standard based on state law. Hence, the state Court's decision is "Contrary to" federal law.

As to all Grounds set forth in the Petition, Petitioner agrees that, pursuant to the provisions of the AEDPA, the "unreasonable application" standard of review is applicable to Petitioner's claims. Petitioner alleges that, applying this standard, the state court decision denying him habeas corpus relief constitutes an unreasonable application of federal law as determined by the U.S. Supreme Court further, Petitioner alleges that the state court decision is based on an unreasonable determination of the facts that is rebutted by clear and convincing evidence in the record.

## III
## EVIDENTIARY HEARING

The state court failed to hold an evidentiary hearing on state habeas corpus, and therefore did not determine the decisive and operative "facts" upon which

a denial of Petitioner's constitutional claims could legitimately be based. This failure was not due to any fault of petitioner, who was denied an evidentiary hearing in state court.

To the extent that the state court did determine the operative "facts" regarding Petitioner's habeas corpus claims, those factual findings were based on unreasonable determinations of the state court evidence presented, and contradicted by clear and convincing, contrary evidence submitted in the petition and herein.

## IV
## INCORPORATION BY REFERENCE

Petitioner incorporates by reference the Petition for Writ of Habeas Corpus, along with all supporting documents, including the Supporting Exhibits and Authorities previously filed. Further, Petitioner incorporates by reference, any and all Authorities not yet known to him, or discovered which support his Petition for Writ of Habeas Corpus, and this Denial/Traverse to Answer.

## PRAYER FOR RELIEF

WHEREFORE, for the reasons set forth herein and in the documents incorporated by reference, Petitioner respectfully requests that the court:

(1) order an evidentiary hearing and appoint counsel for the petitioner;

(2) grant the writ of Habeas Corpus, reverse Petitioner's conviction, and order a new trial;

(3) appoint Counsel for Petitioner; and

(4) grant all other appropriate relief.

Dated: 07/07/08     x_/s/ Ismael Hernandez_

ISMAEL HERNANDEZ
PETITIONER IN PRO-PER

United States District Court
for the Southern District of California

Ismael S. Hernandez
Plaintiff or Petitioner

v.

Case Number: 08CV0010-WQH (POR)

A. Hedgepeth, warden
Defendant or Respondent

PROOF OF SERVICE

I hereby certify that on July 8, 2008, I served a copy of the attached n/k to court regarding lateness of traverse — Petitioners traverse to answer. by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at P.o Box 5104 FD B2-230— Delano, CA. 93216

List Name and Address of Each
(Defendant or Attorney Served)

United States District Court
Southern District of California
Office of the Clerk
880 Front Street, suite 4290
San Diego, CA. 92101-8900

Department of Justice
Office of the Attorney General
110 West "A" Street, Suite 1100
San Diego, CA. 92101

I declare under penalty of perjury that the foregoing is true and correct.

Ismael Hernandez
(Name of Person Completing Service)